UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KEVIN WROE,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>RICK HILL, Warden,<br><br>　　　　　　Respondent. | No.  2:21-cv-00413 GGH P<br><br><br><br>ORDER |

Petitioner, a state prisoner proceeding through counsel, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  ECF No. 1. Petitioner paid the filing fee.

Petitioner has filed a motion to stay and abey his federal habeas petition pursuant to Rhines v. Weber, 544 U.S. 269 (1995), in order to exhaust state court remedies on Claims One, Four, Five, Six, and Seven. ECF No. 2. In the alternative, petitioner requests a stay pursuant to Kelly v. Small, 315 F.3d 1063 (9th Cir. 2003). Id. The court will direct respondent to respond to the pending motion to stay. If petitioner exhausts his claims in the California Supreme Court prior to this court's resolution of the pending motion, petitioner is advised to file a notice of exhaustion in this court.

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent is hereby directed to file an opposition or a notice of non-opposition to petitioner's stay and abeyance motion within 30 days from the date of this order;

1

2. Petitioner's reply, if any, is due fourteen days thereafter; and

3. If petitioner exhausts any claims in the California Supreme Court prior to this court's resolution of the pending motion, petitioner shall file a notice of exhaustion in this court.

4. The Clerk of the Court is directed to serve a copy of this order on Tami Krenzin, Supervising Attorney General.

Dated: April 13, 2021

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE