1
2
3
4
5
6
7
8                    **IN THE UNITED STATES DISTRICT COURT**
9                   **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10

11  JAMES KEVIN WROE,                         No.  2:21-CV-00413-DJC-DMC-P

12              Petitioner,
                                              ORDER
13       v.

14  RICK HILL,

15              Respondent.

16

17       Petitioner, a state prisoner proceeding with retained counsel, brings this

18  petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was

19  referred to a United States Magistrate Judge pursuant to Eastern District of California

20  local rules.

21       On February 22, 2024, the Magistrate Judge filed findings and

22  recommendations herein which were served on the Parties and which contained

23  notice that the Parties may file objections within the time specified therein.  (ECF No.

24  24.) The Magistrate Judge recommends that Petitioner's petition for a writ of habeas

25  corpus be denied.  (*Id.*)  Timely objections to the findings and recommendations were

26  filed.  (ECF No. 25.)

27       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule

28  304, this Court has conducted a *de novo* review of this case.  Having carefully

reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations filed February 22, 2024 (ECF No. 24) are ADOPTED in full.
2. Petitioner's petition for a writ of habeas corpus (ECF No. 1) is DENIED.
3. The Court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253 as Petitioner has not made a substantial showing of the denial of a constitutional right, *see* 28 U.S.C. § 2253(c)(2).
4. The Clerk of the Court is directed to enter judgment and close this file.

IT IS SO ORDERED.

Dated:   **April 25, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE